UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

Harold Beavers                                  #3469111

*(Enter above the full name of the plaintiff or plaintiffs in this action).*   *(Inmate Reg. # of each Plaintiff)*

**VERSUS**                    CIVIL ACTION NO. 2:25-cv-00285
                              *(Number to be assigned by Court)*

Jonathan Frame, Superintendent

William Marshall, Commissioner

John Doe, Signor

*(Enter above the full name of the defendant or defendants in this action)*

## COMPLAINT

I.   **Previous Lawsuits**

   A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

              Yes ☐           No ☒

1

B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

    1.  Parties to this previous lawsuit:

        Plaintiffs: _____

        _____

        Defendants: _____

        _____

    2.  Court (if federal court, name the district: if state court, name the county):

        _____

    3.  Docket Number: _____

    4.  Name of judge to whom case was assigned:

        _____

    5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

        _____

    6.  Approximate date of filing lawsuit: _____

    7.  Approximate date of disposition: _____

II. **Place of Present Confinement:** Mt Olive Correctional Complex

    A. Is there a prisoner grievance procedure in this institution?

        Yes [X]    No [ ]

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes [X]    No [ ]

    C. If your answer is YES:

        1. What steps did you take? Filed Grievance to unit manager, Forward to Superintendent, Forward to Commissioner.

        2. What was the result? Denied.

    D. If your answer is NO, explain why not: 

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: Harold Beavers #3469111

        Address: Mt Olive Correctional, Mt Olive W.va 25185

    B. Additional Plaintiff(s) and Address(es):

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: Jonathan Frame,

is employed as: Superintendent

at M.O.C.C

D. Additional defendants: William Marshall

Commissioner of D.C.R

John Doe, Signor

Officer on duty

## IV. Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Came back from lunch to pod, asked officer to allow me in to use toilet four times, officer refused all four times. did not give me another option to use toilet. there's no policy or memo's for this issue. end result i had a bowel movement in my pants in front of building, in front of inmate population. thereby causing inmates to threaten me and harass me over it. I am older and disabled and there is no reason this issue had to happen to me. there should have been a back up for this issue.

4

IV.  Statement of Claim (continued):

V.  Relief

<u>State briefly exactly what you want the court to do for you</u>. Make no legal arguments. Cite no cases or statutes.

$ 250,000 in damages and policy made for this issue for future issues like this.

V.  **Relief (continued):**

_____
_____
_____
_____
_____

VII. **Counsel**

    A.  If someone other than a lawyer is assisting you in preparing this case, state the person's name:

    _____

    B.  Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

        Yes [X]     No [ ]

    If so, state the name(s) and address(es) of each lawyer contacted:

Robert Dunlap, 208 main st. ste A, Beckley W.va 25801
_____

    If not, state your reasons: _____

    _____

    C.  Have you previously had a lawyer representing you in a civil action in this court?

        Yes [ ]     No [X]

If so, state the lawyer's name and address:

_____

_____

Signed this __14__ day of __April__, 20 __25__.

_____

_____

_____*Harold Z Beam*_____
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __04/14/2025__.
           (Date)

_____*Harold Z Beam*_____
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

Harold Beavers

#3469111

*Your full name*

v.

Civil Action No.: 2:25-cv-00285

Jonathan Frame

William Marshall

John Doe, Signor

*Enter above the full name of defendant(s) in this action*

### Certificate of Service

I, HARold L Beavers (your name here), appearing *pro se*, hereby certify that I have served the foregoing _____ (title of document being sent) upon the defendant(s) by depositing true copies of the same in the United States mail, postage prepaid, upon the following counsel of record for the defendant(s) on 04/14/2025 _____ (insert date here):

(List name and address of counsel for defendant(s))

Harold 2 Beave
(sign your name)